UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CESARE GARCIA-MARTINEZ, : | |
| : | |
| Plaintiff, : | Civil Action No. 11-6829 (SRC) |
| : | |
| v. : | |
| : | **OPINION & ORDER** |
| V. PUZINO DAIRY, INC. et al., : | |
| : | |
| Defendants. : | |

**CHESLER**, **U.S.D.J.**

This matter having come before the Court upon the motion by Plaintiff Cesare Garcia-Martinez for default judgment against Defendant V. Puzino Dairy, Inc. (the "Dairy"), pursuant to Fed.R.Civ.P. 55(b)(2); and

**IT APPEARING** that the Court Ordered on March 12, 2014, that the motion for default judgment be granted, and that this matter be referred to the magistrate judge for an evidentiary hearing to establish the amount of damages, pursuant to 28 U.S.C. § 636(b)(1)(B); and it further

**APPEARING** that on December 11, 2014, Magistrate Judge Cathy L. Waldor issued a Report and Recommendation ("R&R") on this matter, pursuant to FED. R. CIV. P. 72(b), L. CIV. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B); and it further

**APPEARING** that, within 10 days of service of the magistrate judge's recommended disposition, any party to the action may file specific objections, stated in writing, to the magistrate judge's proposed findings and recommendations;[1] and it further

---

[1] 28 U.S.C. § 636(b)(1)(C).

**APPEARING** that a district judge must conduct a de novo review of those portions of the magistrate judge's R&R to which objection is made;[2] and it further

**APPEARING** that the time for filing objections to the R&R has expired, and no objections to the R&R have been filed; and it further

**APPEARING** that this Court has reviewed the R&R and accepts and agrees with the findings and recommendations of the R&R in whole; and good cause appearing,

**IT IS, THEREFORE**, on this 8th day of January, 2014,

**ORDERED** that the December 11, 2014 R&R [docket entry no. 41] is **ADOPTED** as the Opinion of the Court; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 55(b)(2), Judgment is hereby entered in favor of Plaintiff and against Defendant V. Puzino Dairy, Inc. in the amount of $42,944.90.

          s/ Stanley R. Chesler
          Stanley R. Chesler, U.S.D.J.

---

[2] Id.